AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| Jonathan Picard<br><br>_____<br>Plaintiff(s)<br>v.<br>U.S. Department of Education & Linda McMahon,<br>Secretary of Education<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  26-cv-80344-Cannon |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)  U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Mar 30, 2026
_____

Angela E. Noble
Clerk of Court

s/ C. A. Weech
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Jonathan Picard | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No.    26-cv-80344-Cannon |
| U.S. Department of Education & Linda McMahon, Secretary of Education | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)  Linda McMahon, in her official capacity as Secretary of Education
400 Maryland Avenue, SW
Washington, DC 20202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:  Mar 30, 2026

s/ C. A. Weech
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Jonathan Picard <br><br><br><br> _____ <br> Plaintiff(s) <br> v. <br> U.S. Department of Education & Linda McMahon, <br> Secretary of Education <br><br> Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.   26-cv-80344-Cannon <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)  U.S. Attorney's Office
Attn. Civil Process Clerk
99 N.E. 4th Street
Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:     Mar 30, 2026
_____

Angela E. Noble
Clerk of Court

s/ *C. A. Weech*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| Jonathan Picard | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No.    26-cv-80344-Cannon |
| U.S. Department of Education & Linda McMahon, Secretary of Education | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)  U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     James M. Slater
Slater Legal PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Mar 30, 2026

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court