**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:26-cv-80344-AMC

JONATHAN PICARD,

     Plaintiff,

v.

UNITED STATES DEPARTMENT OF
EDUCATION, and LINDA McMAHON, in
her official capacity as Secretary of
Education,

     Defendants.

## CERTIFICATE OF SERVICE

Pursuant to Rule 4, I hereby certify that on today's date I caused a copy of the summons

and complaint to be sent by certified mail to Defendants, the Attorney General of the United States,

and the United States Attorney's Office for the Southern District of Florida.

Dated: April 1, 2026

<div style="margin-left:50%">

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156
james@slater.legal
Tel. (305) 523-9023

*Attorney for Plaintiff Jonathan Picard*

</div>