**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80344-CIV-CANNON**

**JONATHAN PICARD,**

Plaintiff,

v.

**UNITED STATES DEPARTMENT OF**
**EDUCATION** and **LINDA MCMAHON,**

Defendants.

_____/

## ORDER TO SERVE

**THIS CAUSE** comes before the Court upon a sua sponte examination of the record. Federal Rule of Civil Procedure 4(m) requires service of a summons with a copy of the complaint to be perfected upon defendants within 90 days after the filing of the complaint.  *See* Fed. R. Civ. P. 4(m).  Plaintiff filed this action on March 29, 2026 [ECF No. 1].

The deadline to serve Defendants in this action thus remains June 29, 2026, *see* Fed. R. Civ. P. 6(a)(1)(C), yet to date, there is no indication that Defendant Linda McMahon has been served in accordance with the requirements of Rule 4(i)(2).  *See* Fed. R. Civ. P. 4(i)(2).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. On or before **June 29, 2026**, Plaintiff shall perfect service upon Defendants and file proof of service on the docket or show cause why the case should not be dismissed as to any party that has not been served by that date.

2. **Failure to file proof of service on the docket or to show good cause by June 29, 2026, will result in the case being dismissed as to any party that has not been served by that date, without prejudice and without further notice.**

CASE NO. 26-80344-CIV-CANNON

**ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of June 2026.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2