**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:26-cv-80344-AMC

JONATHAN PICARD,

     Plaintiff,

v.

UNITED STATES DEPARTMENT OF
EDUCATION, et ano.,

     Defendants.

## PROOF OF SERVICE

Previously, in response to the Court's Order requiring proof of service, the undersigned certified that copies of summonses and the complaint in this case were sent by certified mail on April 1, 2026 to Defendants, the Attorney General of the United States, and the United States Attorney's Office for the Southern District of Florida. The undersigned further provides proof of such service by appending copies of the certified mail receipts. The U.S. Attorney's Office was served on April 7, 2026, according to the attached tracking record, making Defendants' response due on June 8, 2026.

Dated: June 4, 2026          Respectfully submitted,

                    */s/ James M. Slater*
                    James M. Slater (FBN 111779)
                    Slater Legal PLLC
                    9000 Dadeland Blvd. #1500
                    Miami, Florida 33156
                    james@slater.legal
                    Tel. (305) 523-9023

                    *Attorney for Plaintiff Jonathan Picard*