# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052704104225434

Copy          **Add to Informed Delivery**

### Latest Update

Your item was picked up at the post office at 7:42 am on April 7, 2026 in MIAMI, FL 33101.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### ● Delivered

**Delivered, Individual Picked Up at Post Office**

MIAMI, FL 33101
April 7, 2026 7:42 AM

**Arrived at USPS Facility**

OPA LOCKA FL DISTRIBUTION CENTER
April 4, 2026 10:41 AM

**Arrived at USPS Facility**

ATLANTA GA DISTRIBUTION CENTER
April 1, 2026 11:41 PM

**Departed Post Office**

ATLANTA, GA 30345
April 1, 2026 5:08 PM

**USPS in possession of item**

ATLANTA, GA 30345
April 1, 2026 12:18 PM

Case 9:26-cv-80344-AMC Document 8-2 Entered on FLSD Docket 06/04/2026 Page 2 of 2

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs