**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-80344-AMC

JONATHAN PICARD,

      Plaintiff,

vs.

U.S. DEPARTMENT OF EDUCATION and
Linda McMahon, in her official
capacity as Secretary of Education.

      Defendants.
_____/

## [PROPOSED] ORDER

THIS CAUSE comes before the Court on Defendant's Unopposed Motion to Stay. After reviewing the Motion and being fully advised, it is hereby **ORDERED and ADJUDGED**:

1.  The Motion is **GRANTED** and the case will be stayed until August 8, 2026.

**DONE AND ORDERED** in chambers at Fort Pierce, Florida in the Southern District of Florida this _____ day of June, 2026.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Counsel of Record

1