**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:26-cv-80344-AMC

JONATHAN PICARD,

     Plaintiff,

v.

UNITED STATES DEPARTMENT OF
EDUCATION, et ano.,

     Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Because Defendants have, as a result of this action, forgiven Plaintiff Jonathan Picard's student loans under the Public Student Loan Forgiveness Program ("PSLF"), pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action without prejudice, with each side to bear their own respective attorneys' fees and costs.

Dated: June 25, 2026          Respectfully submitted,

*/s/ James M. Slater*          JASON A. REDING QUIÑONES
James M. Slater (FBN 111779)     UNITED STATES ATTORNEY
Slater Legal PLLC
9000 Dadeland Blvd. #1500     By: */s/ Jeanette M. Lugo (w/ permission)*
Miami, Florida 33156        Jeanette M. Lugo, Esq.
james@slater.legal         Assistant U.S. Attorney
Tel. (305) 523-9023         Florida Bar No. 122060
                    Email: Jeanette.Bernard@usdoj.gov
*Counsel for Plaintiff Jonathan Picard*  United States Attorney's Office
                    101 South U.S. 1, Suite 3100
                    Fort Pierce, Florida 34950
                    Telephone: 772-293-0352

                    *Counsel for Defendants*