**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80344-CIV-CANNON**

**JONATHAN PICARD,**

      Plaintiff,

v.

**UNITED STATES DEPARTMENT OF**
**EDUCATION** and **LINDA MCMAHON,**

      Defendants.

_____/

## ORDER CLOSING CASE AND DISMISSING WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon the Joint Stipulation of Dismissal without Prejudice, filed on June 25, 2026 [ECF No. 11]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITHOUT PREJUDICE**, effective June 25, 2026, the date on which the parties filed their Stipulation of Dismissal [ECF No. 11]. The Clerk of Court is directed to **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 29th day of June 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record